UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California Corporation,<br><br>Defendant. | Case No. C-13-02021-RMW<br><br>**PRE-CLAIM CONSTRUCTION DISCOVERY ORDER** |

The court hereby adopts the proposed Pre-Claim Construction and Discovery Plan set forth as Attachment 1 (Exhibit A) filed as docket # 42 with the following modifications:

Section I.C.1. is deleted and the following substituted:

**1.** <u>**Overall Depositions Limits**</u>

The total number of depositions taken by a party of witnesses from the opposing party and third parties shall not exceed 15 and the total deposition time shall not exceed 75 hours. These limits do not apply to experts. Although these limits govern the total number of deponents and hour limits per party for the entire case, the limits are subject to review by the court after claim construction if a party believes it has good cause for requesting additional depositions.

The following Section II.E. is added:

**E.     Fed.R.Civ.P. 30(b)(6) Depositions**

Before noticing any Fed.R.Civ.P. 30(b)(6), the parties will meet and confer about the scope of the requested deposition and the identification of the appropriate deponent.

The following section II.F. is added:

The following Section II.F is added:

**F.     Disclosure and Discovery Disputes**

Any disclosure or discovery dispute that may arise should be resolved in accordance with the procedure set forth in Civil L.R. 37 and this order.  If the meet and confer does not resolve the dispute and the court has not been able to resolve the matter through intervention during the discovery event, then within 5 business days after conclusion of the meet and confer session(s), the parties shall file on pleading paper a "Discovery Dispute Joint Report # ____" using the "Discovery Letter Brief" event under "Motions–General" in CM/ECF.  In no event may a Joint Report be filed later than 7 days after the discovery cut- off date(s), as prescribed in Civil L.R. 37-3.  A chambers copy of the Joint Report should also be submitted.

1. The Joint Report's cover page should contain: the case caption; a one sentence identification of the issue it covers; a description of the meet and confer; the date discovery closes; and any other date that is relevant.

2. The Joint Report should deal with only one issue (or, at most, a few inextricably related issues).

3. The Joint Report, including the cover page, shall not exceed 11 pages. It should describe the dispute and the facts essential to understanding it. In a format that allows ready comparison, the Joint Report should give each party's position (with brief citation to important authority) and set forth each party's final and "most reasonable" proposal for how the court should decide the dispute.

4. The only exhibit that may be submitted with the Joint Report is an exact copy of the discovery request(s) in issue and the response(s) (if any) to it (i.e., requests for documents, interrogatories, privilege log, non-party subpoena, etc.)  If the exhibit consists of more than 5 pages, it must be indexed.

5. Upon receipt of the Joint Report, the court will decide what further proceedings, if any, are appropriate. If the issue is clearly presented and ripe for decision, the court will most likely simply issue a ruling.  Alternatively, the court may consider options including: scheduling a telephone conference, calling for further briefing, or, in unusual cases, holding a hearing.

6. Any party seeking an award of attorney's fees or other expenses in connection with a discovery dispute shall file a noticed motion pursuant to Fed.R.Civ.P. 37 and Civil L.R. 37-4.

7. If the parties become, or expect to become, engaged in a succession of discovery disputes or otherwise require the ongoing assistance of a neutral decision maker, the court recommends they consider appointment of a Special Master.

Dated: September 10, 2013



RONALD M. WHYTE
United States District Judge

DISCOVERY ORDER
Case No. C-12-02021-RMW
ALG
- 3 -