UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., and RADWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC.,<br><br>Defendant. | Case Nos. C-13-02021-RMW, C-13-02024-RMW<br><br>**ORDER CLARIFYING DEADLINES**<br><br>[Re: Docket Nos. 74 in C-13-02021 and 57 in C-13-02024] |
| RADWARE, LTD., and RADWARE, INC.,<br><br>Plaintiffs<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | |

The court's prior order granting A10 Networks' motion to change dates related to claim construction discovery contained inconsistent deadlines. Dkt. No. 74/65. The court intended to order and hereby orders the extension of claim construction discovery to January 31, 2014. The opening brief deadline is February 14, 2014, the responsive brief deadline is February 28, 2014, and

ORDER CLARIFYING DEADLINES
Case No. C-13-02021-RMW
SW
- 1 -

1  the reply brief deadline is March 7, 2014.  The technology tutorial and claim construction hearing

2  dates are moved to March 18, 2014.

3

4

5  Dated:  December 20, 2013



6  RONALD M. WHYTE
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28