1    Counsel of Record Listed on Next Page

2

3

4                UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6                    SAN JOSE DIVISION

7                                       )

8                                         )

9    RADWARE, LTD., an Israeli Company;     )
      RADWARE, INC., a New Jersey          )

10   Corporation,                           )

11                                   )    Case No. C-13-02021-RMW
          Plaintiffs                  )    Case No. C-13-02024-RMW

12                                   )

13   v.                                )    **STIPULATION AND**
                                  )    **[~~PROPOSED~~] ORDER TO**

14   A10 NETWORKS, INC., a California     )    **CONTINUE DEADLINES FOR**
     Corporation,                    )    **OPPOSITIONS TO DKT. NOS.**

15                                   )    **75 AND 77 AND TO CONTINUE**
          Defendant                  )    **HEARING DATE**

16                                   )    ‾‾‾‾
                                  )    DATE: January 24, 2014

17   RADWARE, LTD., an Israeli Company;     )    TIME: 9:00 a.m.
     RADWARE, INC., a New Jersey          )    CTRM: 6

18   Corporation,                           )
                                  )    Hon. Ronald M. Whyte

19        Plaintiffs, Counterclaim-Defendants    )

20   v.                                )

21                                   )
   F5 Networks Inc., a Washington         )

22   Corporation,                           )

23        Defendant, Counterclaim-Plaintiff     )
                                  )

24

25

26

27

28

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

2948037

1   James M. Wagstaffe (SBN 95535)                        **ATTORNEYS FOR PLAINTIFFS**
    wagstaffe@kerrwagstaffe.com                           **RADWARE, LTD. & RADWARE, INC.**
2   Adrian J. Sawyer (SBN 203712)
    sawyer@kerrwagstaffe.com
3   Patricia L. Peden (SBN 206440)
    peden@kerrwagstaff.com
4   KERR & WAGSTAFFE LLP
    100 Spear Street, Suite 1800
5   San Francisco, CA 94105-1528
    Telephone: (415) 371-8500
6   Facsimile: (415) 371-0500

7   Terrence P. McMahon (SBN 71910)
    tmcmahon@mwe.com
8   Fabio E. Marino (SBN 183825)
    fmarino@mwe.com
9   McDermott Will & Emery LLP
    275 Middlefield Road, Suite 100
10  Menlo Park, CA 94025-4004
    Telephone: (650) 815-7400
11  Facsimile: (650) 815-7401

12

13  Morgan Chu (SBN 70446)                                **ATTORNEYS FOR DEFENDANT**
    MChu@Irell.com                                        **A10 NETWORKS, INC.**
    Elliot Brown (SBN 150802)
14  EBrown@Irell.com
    IRELL & MANELLA LLP
15  1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067
16  Telephone: (310) 277-1010
    Facsimile: (310) 203-7199
17

18  Dean G. Dunlavey (SBN 115530)
    dean.dunlavey@lw.com
    LATHAM & WATKINS LLP
19  650 Town Center Drive, 20th Floor
    Costa Mesa, CA 92626-1925
20  Telephone: (714) 755-8260
    Facsimile: (714) 755-8290
21

22  Andrew Fossum (SBN 250373)
    andrew.fossum@lw.com
23  LATHAM & WATKINS LLP
    811 Main Street, Suite 3700
24  Houston, TX 77002
    Telephone: (713) 546-5400
25  Facsimile: (713) 546-5401

26

27

28

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

1 Ramsey M. Al-Salam, Pro Hac Vice
Ralsalam@perkinscoie.com
2 Ryan J. McBrayer, Pro Hac Vice
RMcBrayer@perkinscoie.com
3 Nathaniel E. Durrance, Cal Bar No. 229210
NDurrance@perkinscoie.com
4 Perkins Coie LLP
1201 Third Avenue, Suite 4900
5 Seattle, WA 98101-3099
Telephone: 206.359.8000
6 Facsimile: 206.359.9000

7 Christopher Kao, Cal Bar No. 237716
CKao@perkinscoie.com
8 Perkins Coie LLP
3150 Porter Drive
9 Palo Alto, CA 94304-1212
Telephone: 650.838.4300

**ATTORNEYS FOR DEFENDANT
F5 NETWORKS, INC.**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiffs Radware, Ltd. and Radware, Inc. (collectively, "Radware"), Defendant, A10

2  Networks, Inc. ("A10"), and F5 Networks, Inc. ("F5") by and through their respective counsel of

3  record, hereby stipulate as follows:

4    WHEREAS, on December 19, 2013, A10 and F5 filed a Motion for Issuance of Letter of

5  Request, with a hearing noticed at 9 a.m. on January 24, 2014.  Dkt. No. 75.

6    WHEREAS, under the Local Rules, the due date for Radware's Opposition to the Motion

7  for Issuance of Letter of Request is January 2, 2014.

8    WHEREAS, on December 19, 2013, Radware lodged with the Clerk's Office a Motion for

9  Disqualification of Counsel (submitted *in camera*), also with a noticed hearing time of 9 a.m. on

10  January 24, 2014.  Dkt. No. 77.

11    WHEREAS, the Clerk's Office has docketed the due date for A10's Opposition to

12  Radware's Motion for Disqualification of Counsel for January 2, 2014.

13    WHEREAS, on December 19, 2013, Radware further lodged with the Clerk's Office an

14  Administrative Motion for *In Camera* Review of Motion for Disqualification of Counsel.  Dkt.

15  No. 79.

16    WHEREAS, the Clerk's Office has docketed the due date for A10's Opposition to

17  Radware's Administrative Motion for *In Camera* Review for January 2, 2014.

18    WHEREAS, to streamline the motions before the Court and to minimize discovery

19  disputes between the parties, Radware, A10, and F5 agree to extend the January 2, 2014 deadline

20  for Radware's Opposition to the Motion of Issuance of Letter of Request and the January 2, 2014

21  deadline for A10's Opposition to Radware's Motion for Disqualification of Counsel.

22    NOW, THEREFORE, Radware, A10, and F5 hereby stipulate that:

23    1.    A10's Opposition to Radware's Administrative Motion for *In Camera* Review of

24  Motion for Disqualification of Counsel shall remain due on January 2, 2014.

25    2.    The deadline for A10 to file its Opposition to Radware's Motion for

26  Disqualification of Counsel shall be continued to the later of (a) January 10, 2014, or (b) three

27

28

- 1 -

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION
OF OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

1 days after the Court rules on Radware's pending Administrative Motion for *In Camera* Review of

2 its Motion for Disqualification of Counsel.

3       3.       The deadline for Radware to file its Opposition to the Motion for Issuance of Letter

4 of Request shall be continued to the later of (a) January 10, 2014, or (b) three days after the Court

5 rules on Radware's pending Administrative Motion for *In Camera* Review of its Motion for

6 Disqualification of Counsel.

7       4.       The hearing date for A10's Motion for Issuance of Letter of Request shall be

8 continued to February 14, 2014.

9       5.       The hearing date for Radware's Motion for Disqualification shall be continued to

10 February 14, 2014.

11      6.       Radware shall not use the continuation of the hearing date of the Motion for

12 Issuance of Letter of Request specified above against A10 or F5 in any of its future motion

13 practice, and shall not use any of the upcoming deadlines set by the Court (including the January

14 31, 2014 deadline for claim construction) as a basis to object to A10's or F5's taking or using any

15 of the discovery sought by the Motion for Issuance of Letter of Request.

16      7.       Irell & Manella LLP agrees that it will not participate in the depositions of Messrs.

17 Roy Zisapel and Amir Peless (aka Amir Peles) while Radware's Motion for Disqualification of

18 Counsel is pending.  In return, Radware shall not use the fact that Irell & Manella LLP has agreed

19 not to participate in these depositions during the pendency of Radware's Motion for

20 Disqualification of Counsel as evidence in support of Radware's Motion for Disqualification of

21 Counsel, as evidence in support of objections or motions with respect to any other discovery

22 disputes in the instant action, or for any other purpose.

23      **IT IS SO STIPULATED.**

24

25   Dated: December 31, 2013                    KERR & WAGSTAFFE LLP

26                                               */s/ Adrian Sawyer*

27                                               ADRIAN J. SAWYER
                                                 *Counsel for RADWARE, LTD. and*
28                                               *RADWARE, INC.*

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW
- 2 -

1   Dated: December 31, 2013                    IRELL & MANELLA LLP

2

3                                               */s/ Elliot Brown*

4                                               ELLIOT BROWN
                                                *Counsel for A10 NETWORKS, INC.*
5   Dated: December 31, 2013                    PERKINS COIE, LLP

6

7                                               */s/ Ramsey Al-Salam*

8                                               RAMSEY M. AL-SALAM
                                                *Counsel for F5 NETWORKS, INC.*
9

10  I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this document
    has been obtained from Adrian Sawyer, Ramsey Al-Salam, and Elliot Brown.

11

12                                              */s/ Hong Zhong*

13                                              H. Annita Zhong (SBN 266924)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

- 3 -

1          **[PROPOSED] ORDER**

2          Having considered the parties' stipulation, it is hereby ORDERED that:

3          1.      The deadline for A10 to file its Opposition to Radware's Motion for

4   Disqualification of Counsel and the deadline for Radware to file its Opposition to the Motion for

5   Issuance of Letter of Request shall both be continued to the later of (a) January 10, 2014, or (b)

6   three days after the Court rules on Radware's pending Administrative Motion for *In Camera*

7   Review of its Motion for Disqualification of Counsel.

8          2.      The hearing date for A10's Motion for Issuance of Letter of Request shall be

9   continued to February 14, 2014.

10         3.      The hearing date for Radware's Motion for Disqualification shall be continued to

11  February 14, 2014.

12         4.      Radware shall not use the continuation of the hearing date of the Motion for

13  Issuance of Letter of Request specified above against A10 or F5 in any of its future motion

14  practice, and shall not use any of the upcoming deadlines set by the Court (including the January

15  31, 2014 deadline for claim construction) as a basis to object to A10's or F5's taking or using any

16  of the discovery sought by the Motion for Issuance of Letter of Request.

17         5.      Irell & Manella LLP shall not participate in the depositions of Messrs. Roy Zisapel

18  and Amir Peless (aka Amir Peles) while Radware's Motion for Disqualification of Counsel is

19  pending.  In return, Radware shall not use the fact that Irell & Manella LLP has agreed not to

20  participate in these depositions during the pendency of Radware's Motion for Disqualification of

21  Counsel as evidence in support of Radware's Motion for Disqualification of Counsel, as evidence

22  in support of objections or motions with respect to any other discovery disputes in the instant

23  action, or for any other purpose.

24

25  Date:  __January 2, 2014_____          _Ronald M. Whyte_

26

27

28

STIPULATION & ~~PROPOSED~~ ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

- 4 -