1  Counsel of Record Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>Plaintiffs<br><br>v.<br><br>A10 NETWORKS, INC., a California Corporation,<br><br>Defendant | Case No. C-13-02021-RMW<br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR OPPOSITIONS TO RADWRE'S MOTION TO DISQUALIFY COUNSEL**<br><br>DATE: February 14, 2014<br>TIME: 9:00 a.m.<br>CTRM: 6<br><br>Hon. Ronald M. Whyte |

2948037

STIPULATION & PROPOSED ORDER RE CONTINUATION OF
OPPOSITION DEADLINES & HEARING
CASE NO. 5:13-cv-02021 RMW
CASE NO. 5:13-cv-02024 RMW

| | |
|---|---|
| 1  James M. Wagstaffe (SBN 95535)<br>   wagstaffe@kerrwagstaffe.com<br>2  Adrian J. Sawyer (SBN 203712)<br>   sawyer@kerrwagstaffe.com<br>3  Patricia L. Peden (SBN 206440)<br>   peden@kerrwagstaff.com<br>4  KERR & WAGSTAFFE LLP<br>   100 Spear Street, Suite 1800<br>5  San Francisco, CA 94105-1528<br>   Telephone: (415) 371-8500<br>6  Facsimile: (415) 371-0500 | **ATTORNEYS FOR PLAINTIFFS**<br>**RADWARE, LTD. & RADWARE, INC.** |
| 7  Terrence P. McMahon (SBN 71910)<br>   tmcmahon@mwe.com<br>8  Fabio E. Marino (SBN 183825)<br>   fmarino@mwe.com<br>9  McDermott Will & Emery LLP<br>   275 Middlefield Road, Suite 100<br>10 Menlo Park, CA 94025-4004<br>   Telephone: (650) 815-7400<br>11 Facsimile: (650) 815-7401 | |
| 13 Morgan Chu (SBN 70446)<br>   MChu@Irell.com<br>14 Elliot Brown (SBN 150802)<br>   EBrown@Irell.com<br>15 H. Annita Zhong (SBN 266924)<br>   hzhong@irell.com<br>16 IRELL & MANELLA LLP<br>   1800 Avenue of the Stars, Suite 900<br>17 Los Angeles, CA 90067<br>   Telephone: (310) 277-1010<br>18 Facsimile: (310) 203-7199 | **ATTORNEYS FOR DEFENDANT**<br>**A10 NETWORKS, INC.** |
| 19 Dean G. Dunlavey (SBN 115530)<br>   dean.dunlavey@lw.com<br>20 LATHAM & WATKINS LLP<br>   650 Town Center Drive, 20th Floor<br>21 Costa Mesa, CA 92626-1925<br>22 Telephone: (714) 755-8260<br>   Facsimile: (714) 755-8290 | |
| 24 Andrew Fossum (SBN 250373)<br>   andrew.fossum@lw.com<br>25 LATHAM & WATKINS LLP<br>   811 Main Street, Suite 3700<br>26 Houston, TX 77002<br>   Telephone: (713) 546-5400<br>27 Facsimile: (713) 546-5401 | |

STIPULATION & PROPOSED ORDER RE CONTINUATION OF
DQ MOTION OPPOSITION DEADLINE
CASE NO. 5:13-cv-02021 RMW

Plaintiffs Radware, Ltd. and Radware, Inc. (collectively, "Radware"), Defendant, A10 Networks, Inc. ("A10"), and F5 Networks, Inc. ("F5") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 19, 2013, Radware lodged with the Clerk's Office a Motion for Disqualification of Counsel (submitted *in camera*), also with a noticed hearing time of 9 a.m. on January 24, 2014. Dkt. No. 77.

WHEREAS, on December 31, 2013, the parties stipulated that A10's Opposition to Radware's Motion for Disqualification of Counsel would be continued to the later of (a) January 10, 2014, or (b) three days after the Court rules on Radware's pending Administrative Motion for *In Camera* Review of its Motion for Disqualification of Counsel. Dkt. No. 87.

WHEREAS, on January 2, 2014, the Court approved the parties' stipulation. Dkt. No. 88.

WHEREAS, on January 8, 2014, the Court issued its ruling on Radware's Administrative Motion for *In Camera* Review. Dkt. No. 91.

WHEREAS, under Order No. 88, A10's Opposition to Radware's Motion for Disqualification of Counsel (the "Opposition") is due on January 13, 2014.

WHEREAS, A10 has requested that Radware agree to extend A10's deadline for filing the Opposition by two days (*i.e.*, until January 15, 2014) because Irell & Manella LLP partner Elliot Brown is presently out of the country attending to the death of a family member, and Radware has agreed to the requested extension.

NOW, THEREFORE, Radware and A10 hereby stipulate that:

1. The deadline for A10 to file its Opposition to Radware's Motion for Disqualification of Counsel shall be continued to January 15, 2014.

2. There are no other changes to any other terms of the December 31, 2013 stipulation.

**IT IS SO STIPULATED.**

//

//

| | |
|---|---|
| Dated: January 9, 2013 | KERR & WAGSTAFFE LLP |
| | */s/ Adrian Sawyer* |
| | ADRIAN J. SAWYER<br>*Counsel for RADWARE, LTD. and RADWARE, INC.* |
| Dated: January 9, 2013 | IRELL & MANELLA LLP |
| | */s/ Hong Zhong* |
| | H. ANNITA ZHONG<br>*Counsel for A10 NETWORKS, INC.* |

I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from Adrian Sawyer.

*/s/ Hong Zhong*

H. Annita Zhong (SBN 266924)

## [PROPOSED] ORDER

Having considered the parties' stipulation, it is hereby ORDERED that:

1. The deadline for A10 to file its opposition to Radware's Motion for Disqualification of Counsel shall be continued to January 15, 2014.

2. All other items in the Court's January 2, 2014 Order (Dkt. No. 88) shall remain in force.

Dated _____       _____
                                                                   The Hon. Ronald M. Whyte
                                                                   United States Senior District Judge