1  *Counsel of Record Listed on Next Page*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>            Plaintiffs<br>v.<br>A10 NETWORKS, INC., a California Corporation,<br><br>            Defendant<br><br>RADWARE, LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>            Plaintiffs, Counterclaim-Defendants,<br>v.<br>F5 Networks Inc., a Washington Corporation,<br><br>            Defendant, Counterclaim-Plaintiff. | CASE NO.   C-13-02021-RMW<br>            C-13-02024-RMW<br><br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2 AND DECLARATION OF JUDITH S.H. HOM IN SUPPORT THEREOF; [] ORDER**<br><br>Hon. Ronald M. Whyte |

1  FABIO E. MARINO (SBN 183825)
   fmarino@mwe.com
2  ERIC W. HAGEN (SBN 192340)
   ehagen@mwe.com
3  JUDITH S.H. HOM (SBN 203482)
   jhom@mwe.com
4  NITIN GAMBHIR (SBN 259906)
   ngambhir@mwe.com
5  BARRINGTON DYER (SBN 264762)
   bdyer@mwe.com
6  TERI H.P. NGUYEN (SBN 267498)
   thpnguyen@mwe.comMcDermott Will & Emery LLP
7  275 Middlefield Road, Suite 100
   Menlo Park, CA 94025-4004
8  Telephone: (650) 815-7400
   Facsimile: (650) 815-7401
9
   *Attorneys for Radware, Ltd. & Radware, Inc.*
10

11  MORGAN CHU (SBN 70446)
    MChu@Irell.com
12  ELLIOT BROWN (SBN 150802)
    EBrown@Irell.com
13  IRELL & MANELLA LLP
14  1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067
15  Telephone: (310) 277-1010
    Facsimile: (310) 203-7199
16

17  DEAN G. DUNLAVEY (SBN 115530)
    dean.dunlavey@lw.com
18  LATHAM &WATKINS LLP
    650 Town Center Drive, 20th Floor
19  Costa Mesa, CA 92626-1925
    Telephone: (714) 755-8260
20  Facsimile: (714) 755-8290
21
    ANDREW J. FOSSUM (SBN 250373)
22  andrew.fossum@lw.com
    LATHAM & WATKINS LLP
23  811 Main Street, Suite 3700
    Houston, TX 77002
24  Telephone: (713) 546-5400
    Facsimile: (713) 546-5401
25
26  *Attorneys for A10 Networks, Inc.*
27
28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DM_US 49055245-4.092004.0012

STIP REQ. FOR ORDER ENLRG. TIME
CASE NO. 5:13-CV-02021 RMW
CASE NO. 5:13-CV-02024 RMW

1  RAMSEY M. AL-SALAM (Pro Hac Vice )
   Ralsalam@perkinscoie.com
2  RYAN J. MCBRAYER (Pro Hac Vice)
   RMcBrayer@perkinscoie.com
3  NATHANIEL E. DURRANCE (SBN 229210)
   NDurrance@perkinscoie.com
4  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
   Telephone: 206.359.8000
6  Facsimile: 206.359.9000

7  CHRISTOPHER KAO (SBN 237716)
   CKao@perkinscoie.com
8  PERKINS COIE LLP
   3150 Porter Drive
9  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
10
   *Attorneys for F5 Networks, Inc.*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DM_US 49055245-4.092004.0012

STIP REQ. FOR ORDER ENLRG. TIME
CASE NO. 5:13-CV-02021 RMW
CASE NO. 5:13-CV-02024 RMW

1   Plaintiffs Radware, Ltd. and Radware, Inc. (collectively, "Radware"), Defendant, A10
2   Networks, Inc. ("A10"), and F5 Networks, Inc. ("F5") by and through their respective counsel of
3   record, hereby stipulate as follows:
4   WHEREAS, on November 11, 2013, A10 filed a Motion to Change Time to Continue
5   Claim Construction Discovery, Briefing and Hearing Dates (Dkt. No. 60);
6   WHEREAS, on November 21, 2013 F5 filed a Joinder in Motion to Change Time to
7   Continue Claim Construction Discovery, Briefing and Hearing Dates (Case No. 5:13-cv-02024,
8   Dkt. No. 57);
9   WHEREAS, on November 25, 2013, Radware filed its Opposition to A10's Motion to
10  Change Time to Continue Claim Construction Discovery, Briefing and Hearing Dates (Dkt. No.
11  67);
12  WHEREAS, on December 19, 2013, the Court issued an Order Granting with
13  Modifications A10 Network Inc.'s Motion to Change Time to Continue Claim Construction
14  Discovery, Briefing and Hearing Dates (Dkt. Nos. 2021:74/2024:65);
15  WHEREAS, on December 20, 2013, the Court issued an Order Clarifying Deadlines
16  (Dkt. NO. 66) extending claim construction discovery to January 31, 2014, the opening Markman
17  brief deadline to February 14, 2014, the responsive Markman brief to February 28, the reply brief
18  deadline to March 7, 2014 and the Markman Tutorial and Hearing to March 18, 2014, 9 a.m.;
19  WHEREAS, the undersigned counsel for Radware, A10, and F5 have met, conferred and
20  agree that dates previously ordered be extended by three weeks for claim construction discovery,
21  the opening Markman brief deadline, the responsive Markman brief deadline and the reply brief
22  deadline to minimize discovery disputes between the parties, and to accommodate dates of
23  availability of key witnesses;
24  WHEREAS, no other dates for this case have been set by the Court.
25  NOW, THEREFORE, IT IS STIPULATED, AGREED AND REQUESTED that the dates
26  for the following events be extended by three weeks:

| Event | Previous Deadline | Proposed Dates |
|---|---|---|
| Close of Claim Construction Discovery | January 31, 2014 | February 21, 2014 |
| Opening Markman Brief | February 14, 2014 | March 7, 2014 |
| Responsive Markman Brief | February 28, 2014 | March 21, 2014 |
| Reply Markman Brief | March 7, 2014 | March 28, 2014 |
| Markman Tutorial and Hearing | March 18, 2014 9 a.m. | April 8, 2014 9 a.m. (or as soon thereafter as is convenient for the Court) |

**IT IS SO STIPULATED** this 14th day of January 2014.

MCDERMOTT WILL & EMERY LLP

By:     */s/ Judith S.H. Hom*
        Judith S.H. Hom

*Counsel for Radware, Ltd. and Radware, Inc.*

LATHAM & WATKINS LLP

By:     */s/ Andrew J. Fossum*
        Andrew J. Fossum

*Counsel for A10 Networks, Inc.*

PERKINS COIE, LLP

By:     */s/ Ramsey Al-Salam*
        Ramsey M. Al-Salam

*Counsel for F5 Networks, Inc.*

-oOo-

- 2 -

STIP REQ. FOR ORDER ENLRG. TIME
CASE NO. 5:13-CV-02021 RMW
CASE NO. 5:13-CV-02024 RMW

DM_US 49055245-4.092004.0012

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**SIGNATURE ATTESTATION**

I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from Andrew J. Fossum and Ramsey M. Al-Salam.

*/s/ Judith S. H. Hom*
Judith S. H. Hom

-oOo-

**[] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

DATED:  ▯▯▯▯▯

Hon. Ronald M. Whyte
United States District Court Judge

## DECLARATION OF JUDITH S.H. HOM

I, Judith S. H. Hom, state and declare as follows:

1. Counsel with McDermott Will & Emery LLP and counsel of record for Radware, Ltd. and Radware, Inc. ("Radware"), in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein. Pursuant to Civil L.R. 6-2(a) I hereby submit this declaration in support of enlarging time.

2. On November 11, 2013, A10 filed a Motion to Change Time to Continue Claim Construction Discovery, Briefing and Hearing Dates (Dkt. No. 60).

3. On November 21, 2013 F5 filed a Joinder in Motion to Change Time to Continue Claim Construction Discovery, Briefing and Hearing Dates (Case No. 5:13-cv-02024, Dkt. No. 57).

4. On November 25, 2013, Radware filed its Opposition to A10's Motion to Change Time to Continue Claim Construction Discovery, Briefing and Hearing Dates (Dkt. No. 67);

5. On December 19, 2013, the Court issued an Order Granting With Modifications A10 Network Inc.'s Motion to Change Time to Continue Claim Construction Discovery, Briefing and Hearing Dates (Dkt. Nos. 2021:74/2024:65).

6. On December 20, 2013, the Court issued an Order Clarifying Deadlines (Dkt. No. 66) extending claim construction discovery to January 31, 2014, the opening Markman brief deadline to February 14, 2014, the responsive Markman brief to February 28, 2014, the reply brief deadline to March 7, 2014 and the Markman Tutorial and Hearing to March 18, 2014, 9 a.m.

7. Also on December 20, 2013, A10 Networks, Inc. ("A10") served deposition notices for two of the named inventors on the patents-in-suit, Radware's CEO, Roy Zisapel, and Radware's VP of Research and Development, Amir Peles.

8. Counsel for A10, F5 Networks, Inc., and Radware have met and conferred to address the availability of Messrs. Zisapel and Peles, as well as the production of documents that may bear on their depositions. In order to accommodate these concerns, the parties have agreed

1  to extend current claim construction deadlines by three weeks such that the deposition of these
2  witnesses would occur before the close of claim construction discovery.

3      9.    Other than the dates set forth in the stipulation and proposed order that the parties
4  are submitting to the Court, no other dates of the case would be affected by this stipulated
5  enlargement of time.

6  I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct and that this declaration was executed in Menlo Park, California, on January 14,
8  2014.

                                       */s/ Judith S. H. Hom*
                                       Judith S. H. Hom

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK