LATHAM & WATKINS LLP
  Dean G. Dunlavey (SBN 115530)
  *dean.dunlavey@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290
Attorneys for Defendant
A10 NETWORKS, INC.

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> A10 NETWORKS, INC., a California Corporation, <br><br> Defendant. | CASE NO. 5:13-CV-02021-RMW <br><br> **A10 NETWORKS, INC.'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR REDACTION (DKT. 144)** <br><br> Hon. Ronald M. Whyte |

1      A10 Networks, Inc. does not oppose Plaintiff's Motion for Redaction of Portions of the

2  Transcript of Proceedings from the proceedings of February 14, 2014 (Dkt. 144).

3

4

5  Dated:  March 19, 2014                 Respectfully submitted,

6                                           Attorneys for Defendant
A10 NETWORKS, INC.

7                                         By: /s/ Dean G. Dunlavey
8                                            Dean G. Dunlavey

9                                     Dean G. Dunlavey (SBN 115530)
dean.dunlavey@lw.com
10                                  LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
11                                  Costa Mesa, CA 92626-1925
Telephone: (714) 755-8260
12                                  Facsimile: (714) 755-8290

13                                  Mark Flagel (SBN 110635)
mark.flagel@lw.com
14                                  LATHAM & WATKINS LLP
355 South Grand Avenue
15                                  Los Angeles, CA 90071-1560
Telephone: (213) 891-7581
16                                  Facsimile: (213) 891-8763

17                                  Andrew Fossum (SBN 250373)
andrew.fossum@lw.com
18                                  LATHAM & WATKINS LLP
811 Main Street, Suite 3700
19                                  Houston, TX 77002
Telephone: (713) 546-5400
20                                  Facsimile: (713) 546-5401

21                                  David Kowalski (SBN 265527)
david.kowalski@lw.com
22                                  LATHAM & WATKINS LLP
12670 High Bluff Drive
23                                  San Diego, CA 92130
Telephone: (858) 523-5400
24                                  Facsimile: (858) 523-5450

25

26

27

28