JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
PATRICIA L. PEDEN (206440)
peden@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs
RADWARE, LTD. and RADWARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>Defendants.<br><br>And Related Counterclaim. | Case No. 5:13-CV-02021 RMW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR REDACTION**<br><br>[Re Docket No. 144] |

Plaintiff's unopposed Motion for Redaction is granted.

Dated: March 24, 2014

_Ronald M. Whyte_

HON. RONALD M. WHYTE
SENIOR DISTRICT JUDGE

CASE NO. 5:13-CV-02021 RMW                    [PROPOSED] ORDER GRANTING
                                              PLAINTIFFS' MOTION FOR REDACTION

KERR
&
WAGSTAFFE
LLP