1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7          SAN JOSE DIVISION
8

| | |
|---|---|
| RADWARE LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>A10 NETWORKS, INC., a California Corporation,<br><br>    Defendant. | Case No. C-13-2021 RMW<br>(Related Case No. C-13-02024-RMW)<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING ON SUMMARY JUDGMENT** |
| RADWARE LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>    Plaintiff, Counter Defendants,<br><br>    v.<br><br>F5 NETWORKS, INC., a Washington Corporation,<br><br>    Defendant, Counter-Plaintiff. | |

ORDER RE: SUPPLEMENTAL BRIEFING
CASE NOS. C-13-2021-RMW; C-13-2024-RMW
LRM
- 1 -

1    A10 and F5 may jointly submit a supplemental brief of up to 5 pages on April 23, 2014,
2 explaining the effect of the court's Claim Construction Order, Dkt. No. 185, on the pending
3 Motions for Summary Judgment. The parties should identify arguments raised in the Motions for
4 Summary Judgment that they no longer wish to pursue, if any. Radware may file a response of up
5 to 5 pages on April 25, 2014.

**Dated**:  April 18, 2014

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

ORDER RE: SUPPLEMENTAL BRIEFING
CASE NOS. C-13-2021-RMW; C-13-2024-RMW
LRM

- 2 -