UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD.; RADWARE, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> A10 NETWORKS, INC., <br><br> Defendant, Counterclaim-Plaintiff. | Case Nos. C-13-02021 <br><br> **ORDER FOR BRIEFING RE MOTION FOR RELIEF FROM MAGISTRATE'S ORDER GRANTING LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Defendants A10 Networks, Inc. ("A10") moves for relief from the magistrate's order granting plaintiffs Radware, Inc. and Radware Ltd. (collectively "Radware") leave to amend their infringement contentions. Dkt. No. 184. In its motion, A10 accuses Radware of making "egregiously false and misleading arguments in its reply" that the magistrate ultimately replied upon in his order. *Id*. at 1. The court orders Radware to file a responsive brief of no more than 5 pages no later than 5 p.m. on May 7, 2014 addressing A10's accusations that Radware misrepresented the facts to the magistrate in its reply brief. The brief should be supported by a declaration testifying to facts showing that Radware's specific representations to the magistrate judge were true.

Dated: April 30, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge