UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD.; RADWARE, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> A10 NETWORKS, INC., <br><br> Defendant, Counterclaim-Plaintiff. | Case Nos. C-13-02021 <br><br> **ORDER DENYING AS MOOT MOTION FOR RELIEF FROM MAGISTRATE'S ORDER GRANTING LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Defendants A10 Networks, Inc. ("A10") moves for relief from the magistrate's order granting plaintiffs Radware, Inc. and Radware Ltd. (collectively "Radware") leave to amend their infringement contentions. Dkt. No. 184. The motion is denied as moot.[1] The case schedule allowed Radware to file further amended infringement contentions, and Radware has since moved for leave to file new amended infringement contentions. Dkt. No. 231 (case schedule); Dkt. No. 218 (motion for leave to file amended infringement contentions). The question of whether or not the magistrate correctly granted Radware's motion for leave to amend its infringement contentions is therefore moot.

---

[1] A10's motion for leave to file a reply is DENIED as MOOT.

ORDER DENYING MOTION FOR RELIEF
Case Nos. C-13-2021-RMW
RDS

- 1 -

1    Throughout this case, and particularly in regard to the instant motion, the parties have made extreme characterizations of each other's language and intent. The court does not find that either party has committed conduct such that sanctions are in order. Going forward, the parties should attempt to be accurate and professional in their representations to each other and to the court.

Dated: June 12, 2014



RONALD M. WHYTE
United States District Judge