UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE LTD., an Israeli Company; RADWARE, INC., a New Jersey Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>A10 NETWORKS, INC., a California Corporation,<br><br>    Defendant. | Case No. C-13-2021 RMW<br>(Related Case No. C-13-02024-RMW)<br><br>**ORDER TO MEET AND CONFER RE: "NOTION OF NARROWED SCOPE FOR JOINT DISCOVERY DISPUTE REPORT NO. 3" AND "MOTION TO STRIKE" SAME**<br><br>[Re: Dkt. Nos. 215, 216] |

The court has reviewed Radware's "Notice of Narrowed Scope for Joint Discovery Report No. 3," Dkt. No. 215, and A10's "Motion to Strike" the same, Dkt. No. 216. The court also reviewed the parties numerous other filings relating to this dispute. *See* Dkt. Nos. 150, 154, 188, 190, 194, 210, 212, 214, 220, 221, 221 and 243.

It appears that the only disputes between the parties are (1) production of Mr. Mao's documents and (2) whether A10 must produce documents from "all network, central and personal repositories" that 12 custodians had access to. Dkt. No. 215. It does not appear that the parties have met and conferred regarding these disputes. Because this discovery dispute should be capable of resolution without the court's intervention, the parties are ordered to meet and confer pursuant to Judge Lloyd's Standing Order re Civil Discovery Disputes and file a joint report as detailed in Judge Lloyd's Order. The joint report must be filed by 5p.m. on July 16, 2014.

ORDER RE: MEET AND CONFER
CASE NO. C-13-2021-RMW                    - 1 -

1  
2  **Dated**:  June 27, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge