1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| RADWARE, LTD.; RADWARE, INC., | Case Nos. C-13-02021, C-13-02024 RMW (related) |
| Plaintiffs, Counterclaim-Defendants, | |
| v. | **ORDER GRANTING MOTION TO AMEND INVALIDITY CONTENTIONS** |
| A10 NETWORKS, INC., | **[Re: Dkt. No. 140]** |
| Defendant, Counterclaim-Plaintiff. | |
| RADWARE, LTD.; RADWARE, INC., | |
| Plaintiffs, Counterclaim-Defendants, | |
| v. | |
| F5 NETWORKS, INC., | |
| Defendant, Counterclaim-Plaintiff. | |

24          Defendants A10 Networks, Inc. ("A10") and F5 Networks, Inc. ("F5") (collectively

25   "defendants") move to amend their invalidity contentions based on the court's claim construction

26   order. Defendants' amendments add a new invalidity argument based on 35 U.S.C. § 112 and add

27   nine supplemental charts based on previously disclosed art. Defendants are correct that the court

28   adopted its own construction, rather than the construction proposed by either party, for several terms

*United States District Court*
*For the Northern District of California*

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

of the patents in suit. Dkt. No. 152 at 4-5. Although the court does not agree with some of defendants' characterizations of the court's constructions (e.g. that the construction of "table" "removed the 'table' limitation entirely," *id* at 6), it is true that defendants may not have anticipated the court's own construction of certain terms. Thus, defendants have good cause to amend their invalidity contentions. Defendants were also diligent in amending, as evidenced by their service of amended contentions by the parties' agreed deadline. Finally, Radware has not shown any prejudice from the amendments. Accordingly, the motion for leave to amend infringement contentions is GRANTED.

Dated: July 28, 2014



RONALD M. WHYTE
United States District Judge

ORDER RE INVALIDITY CONTENTIONS
Case Nos. C-13-2021-RMW, C-13-2024 RMW          - 2 -