UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADWARE, LTD., an Israeli company; RADWARE, INC., a New Jersey corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>    Defendant. | CASE NO. 5:13-cv-02021 RMW<br>(Related Case No. 5:13-cv-02024 RMW)<br><br>**[] ORDER GRANTING WITHDRAWAL OF ATTORNEY JUDITH S.H. HOM**<br><br>Judge:    Hon. Ronald M. Whyte<br>Location: Ctrm 6, 4th Floor |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

DM_US 58010707-1.092004.0012

NOTICE OF WITHDRAWAL
CASE NO. 5:13-CV-02021 RMW

1    IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Judith S.H. Hom is

2 permitted to withdraw from the above-captioned action.

3    IT IS FURTHER ORDERED THAT the above-referenced attorney shall be

4 removed from the electronic filing notification for this case.

5    **IT IS SO ORDERED.**

6 Dated: _____, 2015

7                             By: 

8                             The Honorable Ronald M. Whyte
                                United States District Judge

NOTICE OF WITHDRAWAL
CASE NO. 5:13-CV-02021 RMW