UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADWARE, LTD., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>A10 NETWORKS, INC.,<br><br>        Defendant. | Case No. 13-cv-02021-RMW<br><br>**ORDER DIRECTING PARTIES TO FILE A PROPOSED REDACTED VERSION OF COURT'S ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 268 |

On January 23, 2015 the court filed an order denying plaintiff Radware's motion to dismiss. *See* Dkt. No. 268. The court's order was filed under seal, and will remain under seal for 5 days. Should the parties file within 5 days a joint proposed redacted version of the court's order, the court's order will remain sealed and the court will enter the redacted version on the public docket. The court suggests that the parties meet and confer to coordinate the filing of such a joint proposed redacted version of the court's order.

**IT IS SO ORDERED.**

Dated: January 23, 2015

                                                _____<br>
                                                RONALD M. WHYTE<br>
                                                United States District Judge