UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADWARE, LTD., et al.,

    Plaintiffs,

v.

F5 NETWORKS, INC.,

    Defendant.

Case No.  13-cv-02024-RMW

**ORDER VACATING HEARING**

Re: Dkt. No. 212

Defendant F5 Networks' motion for leave to amend its invalidity contentions, Dkt. No. 212, is submitted on the briefs and the parties' arguments at the hearing on July 24, 2015. The court therefore VACATES the August 14, 2015 hearing on this motion.

**IT IS SO ORDERED.**

Dated: August 12, 2015

                                              Ronald M. Whyte
                                              United States District Judge